IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LYNN KRATZER,         )<br>                                                  )<br>            Petitioner,             )<br>                                                  )<br>     vs.                                       )<br>                                                  )<br>CALIFORNIA DEPARTMENT OF )<br>CORRECTIONS, et al.,           )<br>                                                  )<br>            Respondent(s).          )<br>_____)  | No. C 06-4569 CRB (PR)<br><br>ORDER OF DISMISSAL |

      Eric Lynn Kratzer, a State of California prisoner, has filed a pro se petition for a writ of habeas corpus challenging the conditions of his confinement, including his prison work assignment and available medical care.

      The petition for a writ of habeas corpus is DISMISSED without prejudice to filing a civil rights complaint under 42 U.S.C. § 1983. The Ninth Circuit has made clear that habeas jurisdiction is absent, and a § 1983 action proper, where, as here, a successful challenge will not necessarily shorten the prisoner's sentence. See Ramirez v. Galaza, 334 F.3d 850, 859 (9th Cir. 2003).

      The clerk shall enter judgment in accordance with this order, terminate all pending motions as moot, and close the file. No fee is due.

SO ORDERED.

DATED: Aug. 17, 2006

                                 CHARLES R. BREYER
                                 United States District Judge